WIGGINS, Justice
(concurring specially).
Although I agree with the majority that, on the record made, Tyler Webster is not entitled to a new trial, I have questions whether the representation given Webster was effective. However, issues regarding ineffective assistance of counsel, if any, will have to be fully explored in a postconviction-relief proceeding.
Additionally, I am shocked that in a criminal trial in which the State charges the defendant with a serious crime a record was not made of the court’s admonitions or jury selection.[11]
ZAGER, J., joins this special concurrence.

. Our rules of procedure require the court to report these matters unless waived. Iowa R. Civ. P. 1.903(2)(a )-(b); Iowa R.Crim. P. 2.19(4). Waiver of these matters by the parties should be shown in the record. Iowa R. Civ. P. 1.903(2). The record shows Webster’s attorney waived reporting of jury selection. The record does not indicate Webster's input in the decision to waive the reporting of jury selection.